

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,319-01

**EX PARTE THOMAS ALLEN CARPENTER III, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 23-CR-1575-83-1 IN THE 405TH DISTRICT COURT FROM GALVESTON COUNTY

*Per curiam. Yeary, J., filed a concurring opinion. Slaughter, J., did not participate.*

## O P I N I O N

Applicant pleaded guilty, was convicted of possession of a third-degree felony amount of methamphetamine, and was sentenced to two years' imprisonment. Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary. Lab results from after the guilty plea show that the amount of methamphetamine Applicant possessed was less than that to which he pled guilty. The difference is between a third-degree felony and a state-jail felony. H&S 481.115 (b), (c). The trial court, with the State's agreement, has entered findings and recommends that this Court grant habeas relief based on an involuntary guilty plea. The record and applicable law supports the trial

court's findings and recommendation.  *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014).

Relief is granted.  The judgment in cause number 23CR1575 in the 405th District Court of Galveston County is set aside, and Applicant is remanded to the custody of the Sheriff of Galveston County to answer the charge as set out in the inforamtion.  The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered: January 10, 2024
Do not publish